IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAIMA GEISERT,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>AUTOMATIC EQUIPMENT MANUFACTURING CO.,<br><br>　　　　　　Defendant. | **8:18CV530**<br><br>**ORDER** |

IT IS ORDERED that the motion to withdraw filed by Stevenson Bogue, Ruth A. Horvatich and Abigail M. Moland, of McGrath North Mullin & Kratz, PC, LLO, as counsel of record for Defendant, (Filing No. 24), is granted.

April 16, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge