IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| JAIMA GEISERT, | |
|---|---|
| Plaintiff, | 8:18-CV-530 |
| vs. | |
| AUTOMATIC EQUIPMENT MANUFACTURING CO., d/b/a/ BLUE OX, | JUDGMENT |
| Defendant. | |

On the parties' Stipulation of Dismissal with Prejudice (filing 28) the plaintiff's claims against the defendant, including all claims for attorney fees, are dismissed with prejudice, without costs to any of the parties.

Dated this 1st day of August, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge